UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, solely in its capacity as the trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007,<br><br>                  Plaintiff,<br><br>vs.<br><br>WMC Mortgage LLC, f/k/a WMC Mortgage Corp.,<br><br>                  Defendant. | Civil No. 12-1831 (RHK/JJG)<br><br><br><br><br><br>**DISQUALIFICATION AND<br>ORDER FOR REASSIGNMENT** |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 31, 2012

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge