IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MASTR Asset Backed Securities Trust 2007-WMC1, | Case No. 12-1831 (RHK/JJG) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| WMC Mortgage LLC, | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Andrew M. Luger and Jenny Gassman-Pines, shall appear as counsel of record for Defendant WMC Mortgage LLC in this case.

Please note that our firm name and address will change as of August 10, 2012. Our new name and address will be:

Greene Espel PLLP
222 South Ninth Street
Suite 2200
Minneapolis, MN  55402

2

Dated:  August 1, 2012                                    **GREENE ESPEL P.L.L.P.**


  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

Attorneys for WMC Mortgage, LLC