**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MASTR ASSET BACKED SECURITIES TRUST 2006-HE3,

        Plaintiff,

v.  **CIVIL 11-2542 (JRT/TNL)**

WMC MORTGAGE CORPORATION,

        Defendant.

- - - - - - - - - - - - - - - - - -
MASTR ASSET BACKED SECURITES TRUST 2007-WMC1,

        Plaintiff,

v.  **Civil No. 12-1831 (PJS/JJG)**

WMC MORTGAGE LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Case No. 11-2542 having been assigned to Judge John R. Tunheim and Magistrate Judge Tony N. Leung and Case No. 12-1831 having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Jeanne J. Graham and said matters being related cases,

       **IT IS HEREBY ORDERED** that Case No. 12-1831 be assigned to Judge John R. Tunheim and Magistrate Judge Tony N. Leung, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated December 19, 2008.

       **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: August 2, 2012

                                                   s/John R. Tunheim
                                                 Judge John R. Tunheim
                                                 United States District Court

DATED:   08/02/12

                                                 s/Patrick J. Schiltz
                                                 Judge Patrick J. Schiltz
                                                 United States District Court